**FILED**

DEC 16 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CRIMINAL NO. 09-352 |
| : | |
| : | VIOLATION: 50 U.S.C. § 1705 |
| : | (International Emergency Economic |
| : | Powers Act) |
| v. : | |
| : | 31 C.F.R. Part 560 |
| **CREDIT SUISSE AG** : | (Iranian Transactions Regulations) |
| : | |
| **Defendant.** : | |
| : | |

## ORDER APPROVING DEFERRED PROSECUTION AGREEMENT

This 16th day of December, 2009, and following a careful review of the Joint Motion for Approval of Deferred Prosecution Agreement, the written Deferred Prosecution Agreement dated December 16, 2009, the Factual Statement and the Information filed in this matter, this Court hereby finds that the period of delay as set forth in Paragraph 5 of the written Deferred Prosecution Agreement is for the purpose of allowing Defendant CREDIT SUISSE AG to demonstrate its good conduct and implement its remedial measures. Accordingly, this Court approves the written Deferred Prosecution Agreement. Because the period of delay as set forth in Paragraph 5 of the written Deferred Prosecution Agreement is for the previously stated purpose, it is hereby,

ORDERED that such 24 month period under the Speedy Trial Act is EXCLUDED from the computation of time within which trial on the charge set forth in the Information filed in this matter must commence pursuant to Title 18, United States Code, Section 3161(h)(2), and that all further criminal proceedings are accordingly continued.

_____
UNITED STATES DISTRICT JUDGE